IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-00048-01-CR-W-GAF |
| ) | |
| ANTHONY O. TERRY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On September 16, 2014, defendant entered a plea of guilty to Counts Two and Four of the Indictment before Chief United States Magistrate Judge Sarah W. Hays. On September 23, 2014, Judge Hays issued her Report and Recommendation (Doc. 26).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge Sarah W. Hays.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing is scheduled for August 31, 2015, at 1:30 p.m.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: July 2, 2015